01-15-00559-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

CORRECTION LETTER -  MOTION FOR NEW TRIAL

August 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/17/2015 2:29:19 PM

CHRISTOPHER A. PRINE
Clerk

PATRICK F. MCCANN
ATTORNEY OF RECORD
909 TEXAS, SUITE 205
HOUSTON,  TEXAS 77002

Defendant's Name:  JUAN SERGIO CARREON TOLEDO

Cause No:  1454602

Court:  351ST

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  06/16/2015
**Sentence Imposed Date:**  06/16/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  PATRICK F. MCCANN
Motion for New Trial   07/16/2015


Sincerely,


/S/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

       TONI GOUBEAUD (DELIVERED VIA E-MAIL)


This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas  77210-4651